1  Brad Yamauchi (State Bar No. 73245)
   MINAMI TAMAKI LLP
2  360 Post Street, 8th Floor
   San Francisco, CA  94108
3  Tel.: (415) 788-9000
   Fax: (415) 398-3887
4  E-mail:
   (BYamauchi@minamitamaki.com)
5
   Attorneys for Plaintiff
6  MILLIE HSU

7  Mitchell F. Boomer (State Bar No. 121441)
   S. Christine Young (State Bar No. 253964)
8  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
9  San Francisco, California  94105
   Tel:  (415) 394-9400
10 Fax:  (415) 394-9401
   E-mail:
11 (boomerm@jacksonlewis.com)
   (youngc@jacksonlewis.com)
12
   Attorneys for Defendant
13 INTERNATIONAL BUSINESS MACHINES
   CORPORATION

**DENIED WITHOUT PREJUDICE**
*James Ware*
Judge James Ware
6/17/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| MILLIE HSU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.  C 09-03506 JW<br><br>**PLAINTIFF MILLIE HSU'S AND DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |

　　The Court's DENIES the request as premature since the discovery is not set to close until October 29, 2010.  The request is denied without prejudice to renewal at the appropriate time.

Dated: June 17, 2010

_____
United States District Judge