1   Brad Yamauchi (State Bar No. 73245)
    Bethany Caracuzzo (State Bar No. 190687)
2   MINAMI TAMAKI LLP
    360 Post Street, 8th Floor
3   San Francisco, CA  94108
    Tel.: (415) 788-9000
4   Fax: (415) 398-3887
    E-mail:
5   (byamauchi@minamitamaki.com)
    (bcaracuzzo@minamitamaki.com)
6
    Mitchell F. Boomer (State Bar No. 121441)
7   S. Christine Young (State Bar No. 253964)
    JACKSON LEWIS LLP
8   199 Fremont Street, 10th Floor
    San Francisco, California  94105
9   Tel: (415) 394-9400
    Fax: (415) 394-9401
10  E-mail:
    (boomerm@jacksonlewis.com)
11  (youngc@jacksonlewis.com)

12  Attorneys for Defendant
    INTERNATIONAL BUSINESS MACHINES
13  CORPORATION

14                  UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

16

17  MILLIE HSU,                          Case No.  C 09-03506 JW

18           Plaintiff,
         v.                              STIPULATION AND [PROPOSED]
19                                       ORDER CLARIFYING DISCOVERY
    INTERNATIONAL  BUSINESS  MACHINES    DEADLINES
20  CORPORATION,  and  DOES 1 THROUGH
    10, inclusive,
21
             Defendants.
22

23

24

25       Plaintiff Millie Hsu ("HSU") and Defendant International Business Machines Corporation

26  ("IBM"), by and through their respective counsel, hereby submit the following Stipulation and

27  [Proposed] Order.

28                                       1
    STIPULATION AND [PROPOSED] ORDER CLARIFYING        Case No. C 09-03506 JW
    DISCOVERY DEADLINES

1   The parties hereby agree on the following:

2       1.      On January 14, 2010 the parties filed a Joint Case Management Statement and

3   Proposed Order.       In that Joint Case Management Statement, at paragraph 17, the parties

4   agreed upon and proposed the following schedule:

5       a. Discovery cut-off                    10/29/2010

6       b. Hearing on dispositive motions        2/4/2011

7       c. Designation of experts                2/11/2011

8       d. Expert discovery cutoff               3/18/2011

9       e. Pre-trial Disclosures                 4/29/2011

10      f. Pre-trial conference                  5/20/2011

11      g. Trial                                 6/06/2011

12      2.      No trial dates has yet been set.

13      3.      On January 21, 2010, the Court issued a Scheduling Order.  In the Scheduling

14  Order, at paragraph 2, the Court ordered that it **adopts the Discovery Plan proposed by the**

15  **parties in their Joint Case Management Statement.”**

16      4.      The parties have proceeded with this action applying the discovery plan they

17  proposed in their January 14, 2010 Joint Case Management Statement, as set forth in paragraph

18  1 above.

19      5.      However, upon further review, both counsel have noted that, in the Court’s

20  January 21, 2010 Scheduling Order, at paragraph 4 and in the section entitled “Case Schedule”

21  the Court has set forth a different discovery schedule that contradicts with the one adopted.

22      6.      The parties believe that the Court also intended to follow the discovery schedule

23  proposed in the January 14, 2010 Joint Case Management Statement.  *See* the Court’s June 17,

24  2010 Order denying the parties request to extend the deadlines, and referring to the October 29,

25  2010 deadline for the close of discovery.

26      7.      One issue raised by the Court’s Scheduling Order is that it appears to set the

27  deadline for the designation and disclosure of experts to be August 16, 2010, “63 days before the

28

STIPULATION AND [PROPOSED] ORDER CLARIFYING          Case No. C 09-03506 JW
DISCOVERY DEADLINES

1   close of discovery." Order at paragraph 4. This contradicts the deadline adopted of February
2   11, 2011.

3       8.      The parties have begun the discovery process. One day of the deposition of
4   Plaintiff is concluded, with a second date set for August 16, 2010. The depositions of two IBM
5   employees are currently set for mid-August. Defendant has produced documents in response to
6   the first-round of discovery requests on July 29, 2010 and August 4, 2010.

7       9.      While the parties are moving forward with discovery, they were not anticipating,
8   and cannot be prepared to determine at this time, what experts, if any, will be necessary for this
9   litigation. In sum, neither party is in a position to comply with the suggested deadline of August
10  16, 2010 for the designation of experts.

11      10.     As the parties have proceeded thus far in following with the discovery deadlines
12  set forth in their Joint Case Management Statement, and that they believe these deadlines had
13  been adopted by the Court, the parties hereby seek that the Court order that the following
14  discovery deadlines apply to this case hereafter:

15          a. Discovery cut-off                  10/29/2010
16          b. Hearing on dispositive motions     2/4/2011
17          c. Designation of experts             2/11/2011
18          d. Expert discovery cutoff            3/18/2011

19  IT IS SO STIPULATED:
20  DATED: August 5, 2010                    MINAMI TAMAKI LLP
21
22                                           By
23                                           Brad Yamauchi
24                                           Bethany Caracuzzo
                                             Attorneys for Plaintiff
                                             MILLIE HSU
25
26
27
28
                                             3
    STIPULATION AND [PROPOSED] ORDER CLARIFYING        Case No. C 09-03506 JW
    DISCOVERY DEADLINES

DATED: August 5, 2010

JACKSON LEWIS LLP

By_____
Mitchell F. Boomer
S. Christine Young
Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

[PROPOSED] ORDER

PURSUANT to this Court's Order of January 21, 2010, at paragraph 2, and by stipulation of the parties, IT IS SO ORDERED that the following deadlines shall apply to this matter:

| | |
|---|---|
| a. Discovery cut-off | 10/29/2010 |
| b. Hearing on dispositive motions | 2/4/2011 |
| c. Designation of experts | 2/11/2011 |
| d. Expert discovery cutoff | 3/18/2011 |

Dated:   August 10, 2010

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CLARIFYING
DISCOVERY DEADLINES

Case No. C 09-03506 JW