| | |
|---|---|
| 1 | Brad Yamauchi (State Bar No. 73245) |
| 2 | MINAMI TAMAKI LLP<br>360 Post Street, 8th Floor |
| 3 | San Francisco, CA 94108<br>Tel.: (415) 788-9000 |
| 4 | Fax: (415) 398-3887<br>E-mail: BYamauchi@minamitamaki.com |
| 5 | Attorneys for Plaintiff |
| 6 | MILLIE HSU |
| 7 | Mitchell F. Boomer (State Bar No. 121441)<br>S. Christine Young (State Bar No. 253964) |
| 8 | JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor |
| 9 | San Francisco, California 94105<br>Tel: (415) 394-9400 |
| 10 | Fax: (415) 394-9401<br>E-mail: |
| 11 | (boomerm@jacksonlewis.com)<br>(youngc@jacksonlewis.com) |
| 12 | Attorneys for Defendant |
| 13 | INTERNATIONAL BUSINESS MACHINES<br>CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| MILLIE HSU,<br><br>  Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | Case No. C 09-03506 JW<br><br>**PLAINTIFF MILLIE HSU'S AND DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |

Plaintiff Millie Hsu and Defendant International Business Machines Corporation, by and through hereby submit the following Stipulation and [Proposed] Order:

///

///

1

STIPULATED REQUEST FOR ORDER
CHANGING TIME AND [PROPOSED] ORDER

Case No. C 09-03506 JW

1  By Order dated September 15, 2010, this Court approved the Parties' Stipulation and Order extending the deadline for the close of non-expert discovery from October 29, 2010 to December 15, 2010. All other deadlines set by the Court remained unchanged.

To meet the discovery cut-off, the Parties have scheduled a series of six renoticed depositions. Both Parties also have circulated final rounds of written discovery for which responses remain pending. At the same time, the Parties have recently engaged in good faith settlement negotiations; on the basis of these discussions, the Parties have agreed to private mediation with retired California Court of Appeals Justice Harry Low. This mediation is scheduled for November 22, 2010. The Parties both believe that the probability of settlement would be greatly enhanced if they can suspend all pending discovery until after the mediation is conducted. In brief, both Parties will have a greater incentive to settle if they can avoid incurring the substantial discovery costs which must otherwise be undertaken prior to November 22nd.

Therefore, the Parties respectfully request that the Court again extend the cut-off date for non-expert discovery from December 15, 2010 until January 14, 2011. This will enable the Parties to suspend all discovery through the upcoming mediation, while reserving sufficient time to complete discovery if for some reason the mediation fails to result in settlement.

The Parties do not request that any other pre-trial or trial dates be continued.

Good cause exists for the relief requested because it serves the interests of judicial economy by promoting settlement discussions and would have no prejudicial impact on the Parties or the Court.

IT IS SO STIPULATED.

DATED: October 22, 2010        MINAMI TAMAKI LLP


By___/s/_____

Brad Yamauchi
Attorneys for Plaintiff
MILLIE HSU

| | |
|---|---|
| 1 | DATED: October 22, 2010    JACKSON LEWIS LLP |

By____/S/_____
Mitchell F. Boomer
S. Christine Young
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for non-expert discovery be extended until January 14, 2011.

In addition, the Court orders:

Dated: October 26, 2010

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

4849-7287-9623, v. 1

3

STIPULATED REQUEST FOR ORDER                    Case No. C 09-03506 JW
CHANGING TIME AND [PROPOSED] ORDER