UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLIE HSU,<br><br>　　　　　　Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 09-03506 JW<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Parties that the above-captioned action should hereby be dismissed with prejudice, without costs as against any party. This stipulation may be filed by any party without further notice.

By: _____
Brad Yamauchi
MINAMI TAMAKI LLP
Attorneys for Plaintiff Millie Hsu

By: _____
Mitchell F. Boomer
JACKSON LEWIS LLP
Attorneys for Defendant International Business Machines Corporation

**ORDER**

**GOOD CAUSE APPEARING, THE PARTIES STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE IS GRANTED.**

The Clerk shall close this file.

DATE: __January 25, 2011__　　　　　_____
JAMES WARE
United States District Chief Judge